| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Brewer Machine & Parts, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
81-4465544

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **504 Front Street**<br>**Central City, KY 42330**<br>Number, Street, City, State & ZIP Code | **PO BOX 512**<br>**Central City, KY 42330**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Muhlenberg**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor   **Brewer Machine & Parts, LLC**_____   Case number (*if known*)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No ☐ Yes. |
|---|---|---|

| Debtor | **Brewer Machine & Parts, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Brewer Machine & Parts, LLC**     Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2025**
                MM / DD / YYYY

**X**   **/s/ Paul M. Kirtley**                               **Paul M. Kirtley**
    Signature of authorized representative of debtor           Printed name

Title    **Member**

**18. Signature of attorney**

**X**   **/s/ Robert C. Chaudoin**               Date   **May 15, 2025**
    Signature of attorney for debtor                         MM / DD / YYYY

**Robert C. Chaudoin 84351**
Printed name

**Harlin Parker**
Firm name

**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
Number, Street, City, State & ZIP Code

Contact phone   **270-842-5611**      Email address   **chaudoin@harlinparker.com**

**84351 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brewer Machine & Parts, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Apex Funding Gold** 2875 NE 191st unit 304 Miami, FL 33180 | | | | $340,280.00 | $0.00 | $340,280.00 |
| **Badger Precision Cut Stock INC** W4995 Ogema, WI 54459 | | | | | | $245,000.00 |
| **C C Enterprises INC** PO BOX 1146 Columbia, TN 38402 | | | | | | $33,277.01 |
| **CIT Finance** | | | | $23,139.90 | $0.00 | $23,139.90 |
| **Citi Simplicity Card** Box 6500 Sioux Falls, SD 57117 | | | | | | $66,718.43 |
| **DW Bands** 371 Sawmill Road Liverpool, PA 17045 | | | | | | $24,260.00 |
| **Field and Main Bank** | | | | $26,177.11 | $0.00 | $26,177.11 |
| **Field and Main Bank** | | | | $240,000.00 | $0.00 | $240,000.00 |
| **Field and Main Bank** | | | | $159,154.86 | $0.00 | $159,154.86 |
| **First Kentucky Bank** | | | | $300,000.00 | $0.00 | $300,000.00 |
| **HYG Financial Services INC** | | | | $22,990.00 | $0.00 | $22,990.00 |
| **Machinery Finance** | | | | $124,205.45 | $0.00 | $124,205.45 |
| **Muhlenberg County Sheriff** PO BOX 227 Greenville, KY 42345 | | | | | | $31,789.86 |

Debtor   **Brewer Machine & Parts, LLC**　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mulligan funding LLC**<br>4715 Viewridge Avenue suite 100<br>San Diego, CA 92123 | | | | $248,855.80 | $0.00 | $248,855.80 |
| **O'Neal Steel INC**<br>PO BOX 934243<br>Atlanta, GA 31193 | | | | | | $25,751.76 |
| **Rexel USA INC**<br>PO BOX 742833<br>Atlanta, GA 30374 | | | | | | $60,704.37 |
| **Rocket Capital NY, LLC**<br>1250 E Hallandale Beach Blvd<br>Dayton, OH 45424 | | | | $72,139.00 | $0.00 | $72,139.00 |
| **Scott Industrial Systems INC**<br>4433 Interpoint Blvd<br>Dayton, OH 45424 | | | | | | $84,579.68 |
| **Small Business Administration Office of Capital Access**<br>409 Third St. SW, Suite 8200<br>Washington, DC 20416 | | | | $2,000,000.00 | $0.00 | $2,000,000.00 |
| **USA Roller Chain & Sprocket**<br>13614 Granville Avenue<br>Clermont, FL 34711 | | | | | | $21,443.47 |

# United States Bankruptcy Court
## Western District of Kentucky

In re: __Brewer Machine & Parts, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __May 15, 2025__

__/s/ Paul M. Kirtley__  
__Paul M. Kirtley__/__Member__  
Signer/Title

```
504 Front Central City LLC
504 Front Street
Central City, KY 42330

Air Hydro Power
PO BOX 9001005 DEPT 200
Louisville, KY 40290

Airgas USA, LLC
PO BOX 734672
Dallas, TX 75373

Alkire's All Source industrial Supply
184 Mcgrew Lane
Madisonville, KY 42431

Amos Service & Supply
444 Philip Stone Way
Louisville, KY 40290-1000

Apex Funding Gold
2875 NE 191st unit 304
Miami, FL 33180

Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179

B.H. Payne & Company INC
PO BOX 90608
East Point, GA 30344

Badger Precision Cut Stock INC W4995
Ogema, WI 54459


Big River Rubber & Gasket
PO BOX 369
Owensboro, KY 42302

Biolube Div MWH INC
4611 Newaygo Road Suite D
Fort Wayne, IN 46808

Bluegrass Electric Company
PO BOX 188
Powderly, KY 42367

C C Enterprises INC
PO BOX 1146
Columbia, TN 38402

Capitol signs
10111 US HWY 431 N Suite b
Central City, KY 42330
```

```
Carefree Wheel and Tire
9155 Archibald Avenue Suite 202
Rancho Cucamonga, CA 91730

Castlen Steel
4565 Hwy 2830
Owensboro, KY 42303

Cintas Corporation
PO BOX 630921
Cincinnati, OH 45263

CIT Finance


Citi Simplicity Card
Box 6500
Sioux Falls, SD 57117

City of Central city
214 N First Street
Central City, KY 42330

Comcast cable
PO BOX 3005
Southeastern, PA 19398

D&L Machine LLC
1100 Miller Road
Bremen, KY 42325

Dialog Communications
657 Lone Oak Road Suite 4
Paducah, KY 42001

Dixie Industrial Sales INC
PO BOX 1655
Thomasville, GA 31799

Dodge Industrial INC
5711 R.S. Boreham Jr. street
Fort Smith, AR 72901

DW Bands
371 Sawmill Road
Liverpool, PA 17045

Edgetek INC
10600 Highway 57
Evansville, IN 47725

Excel TSD of Tennessee
552 Rivergate Road
Memphis, TN 38109
```

Fantastics Screen Printing & embroide
422 North Main
Greenville, KY 42345

FEDEX
PO BOX 223125
Pittsburgh, PA 15251

Ficep Corporation
2301 Industry Court
Forest Hill, MD 21050

Field and Main Bank


First Kentucky Bank


Fitzmark INC
PO BOX 010825
Flensburg, MN 56328-8000

Francotyp-Postalia INC
PO BOX 157
Bedford Park, IL 60499

General Rubber & Plastics
PO BOX 4510
Evansville, IN 47724

Gipe Auto Color INC
PO BOX 987
Owensboro, KY 42302

Glass Doctor of Evansville
PO BOX 6821
Evansville, IN 47719

Henry A Petter Supply Company LLC
PO BOX 2350
Paducah, KY 42002

Hi-light USA INC
PO BOX 751627
Memphis, TN 38175

HIBBS Electromechanical INC
1300 Industrial road
Madisonville, KY 42431

HYG Financial Services INC

Independence Bank Trust Department
2425 Frederica Street
PO BOX 948
Owensboro, KY 42301

Industrial Reporting INC
10244 Timber Ridge Drive
Ashland, VA 23005

KCH Transportation
1208 King Street Suite 320
Chattanooga, TN 37403

Kentucky Chamber
464 Chenault Road
Frankfort, KY 40601

Kentucky Utilities Company
PO BOX 9001954
Louisville, KY 40290-1000

KGS Steel, Inc.
P.O. Box 43009
Birmingham, AL 35243

Kimball Midwest
Dept L-2780
Columbus, OH 43260

Knights Technologies LLC
648 South Main Street
Madisonville, KY 42431

Leader-News
PO BOX 471
Central City, KY 42330

Lumbermens magazine
1116 w 7th Street suite 297
Columbia, TN 38401

Machinery Finance


Malone Lumber Company
204 W DEPOT
Greenville, KY 42345

Max Arnold and Sons, LLC
PO BOX 568
Hopkinsville, KY 42241

```
Modern Supply Co., Inc.
1507 E. 15th Street
P.O. Box 1450
Owensboro, KY 42302

Modern Welding Company of KY INC
PO BOX 1147
Madisonville, KY 42431

Mosier Fluid Power
2475 Technical Drive
Miamisburg, OH 45342

MSC Industrial Supply Co
PO BOX 953635
Saint Louis, MO 63195

Muhlenberg County Sheriff
PO BOX 227
Greenville, KY 42345

Mulligan funding LLC
4715 Viewridge Avenue suite 100
San Diego, CA 92123

NEO Industries INC
28132 Network Place
Chicago, IL 60673

O'Neal Steel INC
PO BOX 934243
Atlanta, GA 31193

Onyett Fabricators
3377 North State Road 57
Petersburg, IN 47567

Pace Tire Center INC
PO BOX 127
Central City, KY 42330

Power Drive LLC
1401 Kentucky St
Michigan City, IN 46360

Primo Water
PO BOX 660579
Dallas, TX 75266

Procal innovations LLC
PO BOX 115
Alpena, MI 49707
```

Rand Worldwide Subsidiary INC
28127 Network Place
Chicago, IL 60673

Rexel USA INC
PO BOX 742833
Atlanta, GA 30374

Rocket Capital NY, LLC
1250 E Hallandale Beach Blvd
Dayton, OH 45424

S&D Saw & Tool Co INC
PO BOX 357
Shamokin, PA 17872

Scott Industrial Systems INC
4433 Interpoint Blvd
Dayton, OH 45424

Small Business Administration
Office of Capital Access
409 Third St. SW, Suite 8200
Washington, DC 20416

SMS Linear
842 Pleasant Valley drive
Springboro, OH 45066

Suburban Propane-1414
PO BOX 260
Whippany, NJ 07981

The Times-Argus
PO BOX 31
Central City, KY 42330

Toltec Incorporated
2265 W 76th ST
Davenport, IA 52806

Tri-State Overhead Crane
PO BOX 72
Pembroke, KY 42266

Uline, INC
PO BOX 88741
Chicago, IL 60680

USA Roller Chain & Sprocket
13614 Granville Avenue
Clermont, FL 34711

```
W.V. Trailers, INC
PO BOX 535
West Plains, MO 65775

W.W. Grainger INC
DEPT. 80344080
Palatine, IL 60038

Weaver Machine & Hardware LLC
385 Reading Road
East Earl, PA 17519

Wholesale Industrial Tape
PO BOX 7840
Van Nuys, CA 91409
```