**Brewery Machine & Parts, LLC**

**30 Day Budget**

| | |
|---|---|
| **Utilities** | $4,000.00 |
| **Water** | $260.00 |
| **AT&T Mobility** | $640.00 |
| **Dialog Communications** | $450.00 |
| **Comcast Internet** | $320.00 |
| **Payroll** | $2,000.00 |
| **Projected Total Expenses** | $6,990.00 |