UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-40336 |
| | ) | |
| BREWER MACHINE & PARTS | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER**

This matter having come before the court upon the Emergency Motion for Authorization of the Use of Cash Collateral, filed by Brewer Machine & Parts ("the Debtor"), by counsel.

It appearing that relief requested is essential to the continued operation of the Debtor's business, and it is in the best interest of the Debtor, its estate, and its creditors; appropriate notice of the motion being given such that no other notice of the motion need be given; good cause appearing therefore; and the court being otherwise sufficiently advised;

**IT IS SO ORDERED** that;

1. The Debtor is authorized to continue to use, in the ordinary course of business, all Cash Collateral pending a final hearing and order from this Court;

2. As adequate protection of their separate interest in U.S. Small Business Administration, CIT Finance, Mulligan Funding, Apex Funding Gold LLC,

and Rocket Capital are deemed to have a continuing replacement lien and security interest in Debtor's accounts to the extent of the current priority of their security interests as existed in Cash Collateral prior to the commencement of this bankruptcy case.

3. If any provision of this Order is hereafter, stayed, modified, or vacated, or a final order is not requested or granted with respect to relief granted herein, such stay, modification, vacation, or lack of finality, shall not affect (a) the validity of any indebtedness, obligation, or liability incurred by the Debtor prior to the date of effective date of such stay, modification, and vacation; or (b) the validity and enforceability of any security interest, assignment, lien, or priority authorized or created by this Order.

TENDERED BY:

HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
Telephone: (270) 842-5611
Facsimile: (270) 842-2607

/s/Robert C. Chaudoin