# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:

Brewer Machine & Parts,
LLC

Case No.:25−40336−crm

Chapter: 11

Debtor(s)

Judge: Charles R. Merrill

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue hearing held on May 27, 2025 regarding Emergency Motion for Authorization of the Use of Cash Collateral Filed by Debtor Brewer Machine & Parts, LLC. 14 , so ORDERED by /s/ Judge Merrill. Hearing regarding the continued use of cash collateral scheduled for 6/24/2025 at 10:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. Any parties wishing to appear telephonically shall file a motion to appear telephonic with the Court. (AMG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 5/27/25

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court