UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
Filed Electronically

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BREWER MACHINE & PARTS, LLC, | ) | 25-40336-crm |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

## UNITED STATES' MOTION TO APPEAR BY TELEPHONE AT NEXT HEARING

Creditor, the United States of America, on behalf of its agency the Small Business Administration ("SBA"), by counsel, respectfully moves the Court for an order allowing the undersigned counsel to appear by telephone at the upcoming status hearing on Wednesday, June 11, 2025, at 9:30 a.m. CST in Owensboro, Kentucky. The undersigned counsel is located in Louisville, and the United States will save significant resources if its counsel is able to appear by phone at this routine hearing to be held in Owensboro, Kentucky.

Accordingly, the United States respectfully requests the Court allow its counsel to appear by telephone at the upcoming hearing and for all other relief to which it may be entitled.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/ Katherine A. Bell*
Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
Email: Katherine.bell@usdoj.gov

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was filed with the Court's CM/ECF system on June 4, 2025 which will provide notice to Debtor's counsel, the U.S. Trustee, and all other parties requesting notice in this matter.

*s/ Katherine A. Bell*
Katherine A. Bell
Assistant U. S. Attorney