UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BREWER MACHINE & PARTS | ) | CASE NO. 25-40336 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**AGREED ORDER TERMINATING THE AUTOMATIC STAY**

Upon consideration of the agreement between Yamazen, Inc. ("Yamazen") and Brewer Machine & Parts, LLC ("Debtor," and together with Yamazen, the "Parties"); the Court having jurisdiction to issue this Order pursuant to 11 U.S.C. § 362; it appearing that no further notice is necessary; it appearing that the relief requested is appropriate and that the Parties are in agreement; and after due deliberation and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. § 362(d)(1), the automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified to permit Yamazen to exercise its rights and remedies with respect to the Takisawa TS-5000 YS CNC Lathe ("Yamazen Equipment"), as listed on the Debtor's Asset Market Values report filed herein;

2. Yamazen is authorized to retain possession of the Yamazen Equipment which Yamazen currently does and which the Debtor never had, and to exercise all of its rights and remedies in the Yamazen Equipment;

3. The fourteen-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived, and this Order shall be effective immediately upon entry; and,

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

_____
Charles R. Merrill
United States Bankruptcy Judge

Dated: June 25, 2025

*/s/ Robert C. Chaudoin*
ROBERT C. CHAUDOIN
519 E. 10th Avenue
P.O. Box 390
Bowling Green, Kentucky 42102
Attorney for Debtor, Brewer Machine & Parts


*/s/ Gary Vist*
Gary Vist
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Attorney for Yamazen Inc.